AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of <u>South Carolina</u>

| | | |
|---|---|---|
| Jesse Near, as Personal Representative of the Estate of Douglas Larry Belger, <br> *Government/Respondent* | ) ) ) ) ) ) | Civil Action No.    3:23-3483-SAL |
| Enerco Group, Inc., d/b/a Mr. Heater, <br> *Defendant/Petitioner* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■  other:    **IT IS ORDERED AND ADJUDGED** that summary judgment is entered in favor of defendant, Enerco Group, Inc., d/b/a Mr. Heater. The plaintiff, Jesse Near, shall take nothing of the defendant, Enerco Group Inc., and this action is dismissed with prejudice.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

■  This action came before the Court on the record, Honorable J. Sherri A. Lydon, United States District Judge, presiding. The court having heard and granted the defendant's motion for summary judgment.

Date:    March 25, 2025                                                                 *CLERK OF COURT*

                                                                                                    s/Karen Boston
                                                                                            *Signature of Clerk or Deputy Clerk*